UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCES RYAN | : | CIVIL ACTION NO. 3:03 CV 0895 (PCD) |
| Plaintiff, | : | |
| v. | : | |
| AETNA LIFE INSURANCE COMPANY and AETNA HEALTH, INC. (f/k/a AETNA U.S. HEALTHCARE, INC.) | : | |
| Defendants. | : | NOVEMBER 13, 2003 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Frances Ryan, and the defendants, Aetna Life Insurance Company and Aetna Health, Inc., by and through their attorneys, hereby stipulate that this action may be dismissed with prejudice and without either costs or attorney's fees being assessed to any of the above named parties. There shall be no right of appeal.

PLAINTIFF, FRANCES RYAN

By _____
George C. Springer, Jr. (ct03263)
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106
(860) 236-6951
(860) 236-5263 (fax)
Her Attorney

-2-

DEFENDANTS,
AETNA LIFE INSURANCE COMPANY AND
AETNA HEALTH, INC. (f/k/a AETNA U.S.
HEALTHCARE, INC.

By _____
   James H. Rotondo (ct05173)
   Michelle I. Turner (ct24012)
   Day, Berry & Howard LLP
   CityPlace I
   Hartford, Connecticut 06103-3499
   (860) 275-0100
   (860) 275-0343 (fax)
   Their Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

George C. Springer, Jr.
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106

_____
James H. Rotondo