UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANCES RYAN                          :   CIVIL ACTION NO. 3:03 CV 0895 (PCD)
                                      :
            Plaintiff,                :
                                      :
v.                                    :
                                      :
AETNA LIFE INSURANCE COMPANY          :
and AETNA HEALTH, INC.                :
(f/k/a AETNA U.S. HEALTHCARE, INC.)   :
                                      :   NOVEMBER 12,
            Defendants.               :   ~~OCTOBER~~ ___, 2003

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Frances Ryan, and the defendants, Aetna Life Insurance Company and Aetna Health, Inc., by and through their attorneys, hereby stipulate that this action may be dismissed with prejudice and without either costs or attorney's fees being assessed to any of the above named parties. There shall be no right of appeal.

PLAINTIFF, FRANCES RYAN

By _____
George C. Springer, Jr. (ct03263)
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106
(860) 236-6951
(860) 236-5263 (fax)
Her Attorney

SO ORDERED
Peter C. Dorsey, U.S. District Judge
FILED DEC 8 2003
U.S. DISTRICT COURT
NEW HAVEN, CONN.